IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>MOHAMED SHAWKI SHABAAN, )<br>  a/k/a Hamdi Shawki, )<br>  a/k/a Mohamed Shabaan ) | Cr. No. 8: 22 cr 388<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br><br><br>SEALED INDICTMENT |

RECEIVED
MAY 10 2022
U.S. DISTRICT COURT
GREENVILLE, S.C.

## COUNT 1

THE GRAND JURY CHARGES:

That on or about March 22, 2019, in the District of South Carolina, the Defendant, MOHAMED SHAWKI SHABAAN, a/k/a Hamdi Shawki, a/k/a Mohamed Shabaan, in connection with the attempted acquisition of a firearm, to wit; a handgun from Deep South Defense, LLC, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, which was intended and likely to deceive Deep South Defense, LLC, as to a material fact to the lawfulness of such sale of the firearm to the Defendant, in that the Defendant answered question 11(d) that he was not a fugitive from justice, when, in fact, he knew he was a fugitive;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about May 3, 2019, in the District of South Carolina, the Defendant, MOHAMED SHAWKI SHABAAN, a/k/a Hamdi Shawki, a/k/a Mohamed Shabaan, in connection with the attempted acquisition of a firearm, to wit; a handgun from Clemson Gun and Pawn, a licensed firearms dealer withing the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Clemson Gun and Pawn, on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, which statement was intended and likely to deceive Clemson Gun and Pawn, as to a material fact to the lawfulness of such sale of the firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant answered question 11(d) that he was not a fugitive from justice, when, in fact, he knew he was a fugitive;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about October 19, 2020, in the District of South Carolina, the Defendant, MOHAMED SHAWKI SHABAAN, a/k/a Hamdi Shawki, a/k/a Mohamed Shabaan, in connection with the attempted acquisition of a firearm, to wit; a Stevens shotgun from Clemson Gun and Pawn, a federally licensed firearms dealer, knowingly made a false and fictitious written statement on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, which was intended and likely to deceive Clemson Gun and Pawn, as to a material fact to the lawfulness of such sale of the firearm to the Defendant, in that the Defendant answered question 21(d) that he was not a fugitive from justice, when, in fact, he knew he was a fugitive;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

A <u>TRUE</u> Bill

REDACTED

FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: *[signature]*
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-268-2100
Fax:    864-233-3158
Email: Max.Cauthen@usdoj.gov